In re BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 8 OF TOWN OF CORTLANDT, WESTCHESTER COUNTY. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) In the matter

of the application of the Board of Education of Union Free School District No. 8 of the Town of Cortlandt, Westchester County, N. Y., to acquire certain real estate, etc. No opinion. Orders affirmed, with $10 costs and disbursements.